IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSHUA STEPHENSON | § | |
| | § | No. 338, 2015 |
| Defendant-Below, | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. No. 1212015998A |
| STATE OF DELAWARE, | § | 1212015998B |
| | § | |
| Plaintiff-Below, | § | |
| Appellee. | § | |

Submitted: June 15, 2016
Decided: June 22, 2016

Before **STRINE**, Chief Justice; **HOLLAND**, and **SEITZ**, Justices.

## **ORDER**

This 22nd day of June, 2016, after careful consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of the court's memorandum opinion dated June 20, 2014 and the court's sentence order dated June 17, 2015.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice